# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| BOBBY E. OODY, )<br>)<br>   Plaintiff, )<br>)<br>V. )<br>)<br>KIMBERLY-CLARK CORPORATION PENSION )<br>PLAN and AETNA INSURANCE COMPANY, )<br>)<br>   Defendants. ) | NO. 3:04-CV-143<br>(Phillips) |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed this day with the clerk, the motion for judgment on the administrative record filed by defendant [Doc. 18] is **GRANTED;** plaintiff's cross-motion for judgment [Doc. 20] is **DENIED**; and this action is **DISMISSED.**

    IT IS SO ORDERED.

ENTER:

        s/ Thomas W. Phillips
     United States District Judge